In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00010-CV**
_____

**IN RE L.F. and E.F.S.**

**Original Proceeding**
**418th District Court of Montgomery County, Texas**
**Trial Cause No. 17-03-03917-CV**

## MEMORANDUM OPINION

In this mandamus proceeding, L.F. and E.F.S. seek to compel the trial court to enter an order denying the ad litem attorney's motion to change the trial date and granting Relators' motion to stay the trial of the parental-rights termination case pending the resolution of criminal proceedings. *See generally* Tex. Fam. Code Ann. § 161.2011 (West 2014). After reviewing the petition, we conclude that Relators have not established a clear abuse of discretion by the trial court. *See Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). Accordingly, the petition for a writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

1

PETITION DENIED.

PER CURIAM

Submitted on January 10, 2018
Opinion Delivered January 11, 2018

Before McKeithen, C.J., Kreger and Johnson, JJ.